BROWN, ADMINISTRATOR, *vs.* HARDEE, SURVIVOR.

CLAIM, FROM RANDOLPH. Levy and Sale. Title. (Before Judge Clarke.)

Blandford, J.—Where an owner of land sells it, gives bond for title and receives part of the purchase money, the title still remains in him until the whole of the purchase money is paid, and he has such an interest in the land as is subject to the lien of a judgment rendered against him, and it is liable to levy and sale thereunder.

Judgment affirmed.

J. H. Guerry; L. S. Chastain; W. G. Worrill, for plaintiff in error.

C. B. Wooten; A. Hood & Son, for defendant.